UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZAINAB HAKIM, et al.,

           Plaintiffs,

v.

REGENTS OF THE UNIVERSITY OF
MICHIGAN, et al.,

           Defendants.

_____/

Case No. 2:25-cv-11265

HONORABLE STEPHEN J. MURPHY, III

## **STIPULATED ORDER EXTENDING DEADLINE**

On March 31, 2026, the Court issued an *Order Granting in Part and Denying in Part Defendants' Motion to Dismiss [31]* (ECF No. 37). Under Federal Rule of Civil Procedure 12(a)(4)(A), Defendants' Answer to the First Amended Complaint (ECF No. 23) is currently due on April 14, 2026. The parties, through their respective undersigned counsel, have stipulated and agreed that the time for Defendants to answer Plaintiffs' First Amended Complaint should be extended through and including April 28, 2026.

**THEREFORE**, upon stipulation of the parties, and the Court being duly apprised in the premises,

**IT IS HEREBY ORDERED** that Defendants shall have until and including

1

Tuesday, April 28, 2026, to file their Answer to Plaintiffs' First Amended Complaint

(ECF No. 23).

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: April 3, 2026

SO STIPULATED:

| | |
|---|---|
| /s Liz Jacob (with consent) | /s Brian M. Schwartz |
| John C. Philo (P52721) | Brian M. Schwartz (P69018) |
| Liz Jacob (P86981) | Erika L. Giroux (P81998) |
| Anthony D. Paris (P71525) | D. Kyle Bierlein (P78278) |
| SUGAR LAW CENTER FOR ECONOMIC & | MILLER, CANFIELD, PADDOCK AND |
| SOCIAL JUSTICE | STONE, P.L.C. |
| 4605 Cass Ave., 2nd Floor | 150 West Jefferson, Suite 2500 |
| Detroit, MI 48201 | Detroit, MI 48226 |
| (313) 993-4505 | (313) 963-6420 |
| jphilo@sugarlaw.org | schwartzb@millercanfield.com |
| ljacob@sugarlaw.org | giroux@millercanfield.com |
| tparis@sugarlaw.org | bierlien@millercanfield.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

Dated: April 2, 2026