For Official Use Only
Not for Further Dissemination

**UM - UNIVERSITY OF MICHIGAN**
**Case Report**

Case No. 2490302337
Report Date/Time: 5/3/2024 5:28:58 PM
Reporting Officer: Kirton Jr. Stanley

[redacted]

**SUSPECT:** Hakim, Zainab Aliasgar
U of M Affiliated: Y - Yes
Affiliation Type: Student
UM ID: 12739036
Campus Address:
Alcohol/Drugs: N - No
Affiliation Notes:

DOB [redacted]
AGE: 21
RACE: White
SEX: Female
JUV: N - No
HGT: 5' 2"
WGT: 120
HAIR: Black
EYES: Brown
ETH: O - Other Ethnicity/National Origin
Circumstances:

SMT:
SSN:
DLN [redacted]
DL Stat[redacted]

ADDRESS INFORMATION:
S - School[redacted]
H - Home: [redacted]

Phone Information:
M - Mobile[redacted]

Emails : [redacted]

NOTES:

[redacted]

COPY

For Official Use Only

Not for Further Dissemination

**UM - UNIVERSITY OF MICHIGAN**
**Case Report**

Case No. 2490302337
Report Date/Time 5/3/2024 5:28:58 PM
Reporting Officer: Kirton Jr. Stanley

**NARRATIVE:**
UM-0163 - Sullens, Phillip
5/7/2024 11:56:34 PM
Supplement report

NATURE OF REPORT:
Obstruct Police- Protest Actions

DATE & TIME:
On 5/3/24 at approximately 530pm

LOCATION:
UMMA
500 block of S State St. Ann Arbor Michigan

REPORT RECIEVED:
On 5/3/24 at approximately 530pm, I was typing a "Field Interview" in the UMPD squad room. I heard radio traffic that a large group of protestors were trying to gain access to UMMA during a closed event where a few of the U of M Regents were present. I saved my report, and got into a patrol vehicle driven by Ofc Napieralski and headed to the area of the crowd.

INFORMATION:
Upon arrival, I observed a large crowd of about 30 protestor attempting to get in a side door of UMMA on the south side. I assisted officers already on scene with moving metal gates to put up a barrier between the officers and the protestors. I was then advised there was another large group of protestors on the north east side of the building. I was then instructed to shut down all foot traffic between UMMA and Tappan Hall. I was approached by several protestors asking if they are allowed to walk through. I advised them the sidewalk is closed and to find another way around the buildings.

I then headed north around the UMMA building to the area on the northeast side where the second large groups was gathered. Upon arrival, I observed several officers surrounded by protestors, while on officer stood by with on subject sitting on a bench. A few minutes after coming to this side of the building, we directed the protestors to back up behind the metal seats on the courtyard. Metal gates were later placed in a line to keep the protestors from coming closer to the building. After, getting the gates in place, I and 4 other officers entered the crowd to removed a megaphone from the crowd. I entered the crowd and stood near DC DeRidder and he spoke with [redacted] about removing the megaphone. [redacted] stated he was not going to remove the megaphone and it was taken by police. I then returned to the other side of the gates away from the crowd.

A short time later, as the MPS bike team was attempting to direct the crowd back toward the area behind Tappan Hall. Another mega phone was being used to shout chants. I then entered the crowd again with an MSP Trooper as backup and removed the megaphone from [redacted]. The megaphone was then placed with the other one over by the UMMA side door.

I then was directed by DC DeRidder to complete a trespass for a protestor who was taken into custody during this incident. I completed a trespass for [redacted]. I then escorted [redacted] to the public side walk and advised him that if he comes back onto U of M property, he will be arrested. [redacted] left the area without incident.

I then went back to the northeast side of the building where a group was chanting while using a megaphone. I then entered the crowd with a MSP Trooper as backup to remove the megaphone. I then approached Zainab Hakim in the crowd as she was chanting on the megaphone. I instructed her to give it to me and she complied. I then placed the megaphone with the others by the UMMA side door.

I then returned to the loading dock side of the building on the south to assist with extending the perimeter of the gates around the loading dock. At this time, we were using vehicle as barriers due to limited gates available. I directed a group of protestors to the sidewalk so the vehicle could be put in place. The group would not move willingly and had to be pushed back to achieve compliance.

I then stood by moving back and forth from the northeast side to the loading dock as needed. Once a comfortable perimeter was set, I stood by with officers until directed to be elsewhere.

Near the end of the dinner in UMMA, AD Marshall directed me to com side to discuss a plan to get the regents away from the building. I



Preliminary and Advisory Only

Report Request completed by JE

COPY

For Official Use Only
Not for Further Dissemination



then explained the plan to officers outside. When told to do so, I and other officers picked up a gate, and directed the protestors backward to make an opening in the crowd at the loading dock. The protestors did not move when told to so. Officers and I then had to push them back in order to create the hole big enough to get a vehicle through. The officers on scene then assisted with crowd control long enough to get the regents into a vehicle and away from the scene without incident. I and other officers then moved the gate back to its original position and stepped away from the perimeter.

A short time after the regents were removed from the area, officer began to request move help on the north west side of the building. Stating they were being surrounded by a large group and needed help. I and other officer ran around the building. Upon arrival to the northwest side. I observed several MSP bike team members using their bikes to create a "safe zone" for officer. I and other officers, then directed the crowd to move east from our current location toward the Diag. After the crowd was beyond the northeast corner of the UMMA building, officer stood by until the crowd left the area completely.

I then removed the gates from the south side of the building and placed them on the sidewalk near the loading dock. I then gathered all the items taken from the crowd and placed them in the back of UMPD patrol vehicle parked in the loading dock. By this time, all of the protestor have left the area and all barriers were taken down.

CASE STATUS:
Closed

COPY



Preliminary and Advisory Only
Report Request completed by JE

For Official Use Only
Not for Further Dissemination

**UM - UNIVERSITY OF MICHIGAN**
**Case Report**

Case No. 2490302337
Report Date/Time: 5/3/2024 5:28:58 PM
Reporting Officer: Kirton Jr, Stanley

**NARRATIVE:**
UM-0125 - DeRidder, Paul
5/8/2024 1:05:00 PM
Information: Supplemental Report

Date/Time/Venue:

On Friday May 3, 2024, at approximately 1800 hrs while I was assigned to the DIAG encampment detail as the incident commander I heard loud chanting and then observed and group of subjects walking on the sidewalk adjacent to Mason, Haven Tisch hall. I was on the southwest corner of the Hatcher library overhang as the group was walking toward the northside of UMMA (art Museum). As the group walked closer I heard them chanting "Regent Brown you can't hide" and the group was encircling a white male and a younger female. I began walking towards the group and I then recognized UM Regent Brown and a young female that were being yelled at by this group of approximately 10-15 subjects.

I then radioed dispatch and requested officers assigned to the encampment detail to respond to assist me with protecting Regent Brown and the young female. The group was yelling into a megaphone in the face of Regent Brown and the young female. Regent Brown and the group stopped on the northside of UMMA and they move in very close to him and the female and I moved my way through he crowd and then made contact with Regent Brown. Regent Brown said he wanted to enter into UMMA which was locked. I asked him to stand by I then observed Officer Mora and I unlocked the door for Regent Brown and the female so they could enter and then I blocked the door and closed it so that the aggressive protesters could not enter. I then told the aggressive protesters that were touching me with there hands and bodies to move back, move back, when one subject was yelling into a megaphone near my face. I told him to stop and he refused I then confiscated the megaphone and he walked off without giving me his name. I then radioed dispatch that Regent Brown was safely inside and to notify officers inside of the building that the protester are running to the front door on the west side of the building.

I then requested more officers as I observed the protesters running around the building checking all the doors attempting to gain entry. I contacted Lt. Goci and he checked on the security inside of the building for the safety of the guests as the building was closed to the public and only open for the specific guests for a private dinner.

As officers began to arrive I placed them around the building in attempts to keep the protesters form bagging on the glass doors and windows with their hands and they could see guests inside of the building. Michigan State Police bike troopers arrived and set up an barricade around the front doors as a group of dignitaries arrived and were awaiting away from the front doors. I checked on them and then made contact with Lt. Goci and once the front doors were secure the dignitaries were escorted to the front doors and went inside.

I observed a large crowd near the east plaza doors while officers were working on placing barricades around the doors to create some space between the protesters and the police officers. I then observed a white male with a approximately 3 foot wooden stake with a point on one end and no sign affixed. The subject was then yelling at officers and waiving the wooden stake and striking the metal barricade and few feet from the officers and myself. I told the subject to drop the wooden stake and he refused I told him again and he just kept striking the barricade. I approached the subject and took the pointed wooden stake from him and requested his identification. He refused to submit identification upon my request and then he told me I don't have one. I began to patt him down for additional weapons when he moved his arm towards his waistband with his right hand and Officer Wancha who came to back me up secured his hand. I then observed many protesters began to surround us until more officers came over to create a barrier to protect us while we we attempting to ID the subject. The subject was ID as [redacted]. Sgt. Harding issued a trespassing to [redacted] and he was escorted form the property.

As we where attempting to deal with [redacted] the crowd started yelling let him go, let him go, and then a subject stepped forward with a megaphone and yelled let him go, I told him to stop using the megaphone with in close distance of officers and he refused to comply I then took the megaphone as he attempted to move the megaphone towards my facial area. [redacted] *. The subject was detained and later ID as [redacted] was issued a trespass warning and escorted of campus property.

I then received information from AD Marshall and DC Overton that the event was over and the Regents were requesting an escort out of the building. UMPD and MSP vehicles were staged in the loading doc driveway of UMMA. The driveway and lawn area was secured with barricades and police vehicles to keep the aggressive protesters away from all doors and UM property. As the Regents exited the building protesters started to run towards the driveway and into the public street. Officers used the barricades and MSP bikes to move back the angry protesters so the vehicles could exit. One subject ID as [redacted] was told by Trooper Pendergaff multiple times to get out of the



Preliminary and Advisory Only
Report Request completed by JE

For Official Use Only
Not for Further Dissemination



roadway for his safety and the safety of motor vehicles travelling on the roadway. [redacted] refused to comply with Trooper Pendergraff's order and he was removed from the roadway and detained until Trooper Pendergraff completed his investigation. UMPD Officer Wancha issued him a trespass warning for all of UM property except his living quarters [redacted] [redacted] was then escorted off UM property.

At approximately 2100 hrs AD Marshall requested myself and DC Overton to met with him to discuss ending the detail as all the Regents and dignitaries have left the building. It was decided to start to break down the barricades starting at the front doors and then work are way to the northside and then around the rest of the building and reduce the police presence on site. The past disturbances this has reduced the angry crowd once they learn the event inside is over and all dignitaries have left.

Myself and other UMPD officers along with MSP troopers began to break down the barricades from around the front doors and place them along the side of the building. The large crowd continued to yell at officers but seem that they were going to leave the area. Once all barricades were removed all officers began are movement to the north side of the building. As officers began to move I noticed the crowd from in front of the building regroup with a larger group along the northwest corner of the building and blocked our movement to the north. I turned around and noticed that group had encircled us at the rear and we were totally encircled and the large aggressive group was surging towards officers as we were pinned up against the building (glass windows).

Myself and numerous other officers told the group to back up to let us pass by, this only incited the angry aggressive group to surge in closer and began to assault officers by pushing us and grabbing MSP bicycles causing injuries to officers and troopers. I was assisting a MSP trooper when his bike was grabbed by the group and we both fell as the group was attempting to control the bike. We were able to gain control of the bike with the assistance of other officers. I then notice the group was yelling let her go, let her go, and turned to see Trooper Pendergraff struggling with a subject on the ground (see Tpr. Pendergraff's supplement).

I turned my attention towards him and felt a full water bottle that was thrown and just miss our heads and slam against the glass. I then felt objects striking my back and head. Once the subject was placed in handcuffs and secure I notice numerous items that were thrown at officers on the ground. Those items included numerous water bottles, 3 foot long wooden baton like club, wooden stakes with pointed end and no sign affixed and numerous pointed drum sticks. I attempted to collect as many as I could to keep the aggressive crowd from getting these weapons and using them on us again. We again attempted to make our way towards the northside of UMMA but the aggressive crowd still encircled our avenue of escape front/back when Sgt. Cavanaugh asked to deploy chemical (freeze plus P) which I approved and he deployed the chemical spray twice which opened up a path for officers to escape the encirclement . Officers continued to move to the north side of the building and secured the prisoner in UMPD van and Sgt. Cavanaugh drove the suspect to UMPD for booking and processing.

Officers then moved to the east side of the building the (UMMA plaza) which was a safe zone established by the police with barricades and we checked on officer's injuries and equipment. Numerous officers sustained scrapes, sore muscles, bruising to the shin area of their legs. I sustained sore lower back from being pulled and pushed and ringing in my right ear from megaphones being used to assault me.

[redacted]:

[redacted]

[redacted]

[redacted]

[redacted]:

[redacted]

COPY

For Official Use Only
Not for Further Dissemination



**NARRATIVE:**
UM-0167 - Buehler, John
5/8/2024 1:55:49 PM
CASE ASSIGNMENT:
The University of Michigan Police Department (UMPD) responded to the exterior of the University of Michigan Museum of Art (UMMA) for the report of a civil disturbance. During the last year, the UMPD has responded to many protests and civil disturbances where protesters have committed crimes. Multiple suspects from these prior incidents were present at the incident outside of UMMA on 5/3/2024.
I was assigned to review the responding officer's bodycam footage and attempt to identify suspects committing crimes or suspects for prior incidents.

BODYCAM REVIEW:
I reviewed the following officer's bodycam footage from UMPD: D.C. Deridder, Officer Wancha, Officer Anderson, Officer Popma, Officer Kirton, Officer Bolton, Officer Sullens, and Officer Zamorski. I reviewed two videos from patrol vehicles 79 and 108 were captured during the incident.
I identified multiple subjects that were during a riotous incident that occurred on 121/17/2023 (UMPD 2390305644) and were participating in this incident. Suspects from incidents that occurred on 4/20/2023 (UMPD 2390301921), 2/15/2024 (UMPD 2490300824), and 3/25/1490 (UMPD 2490301490) were also identified. Most of the subjects identified have charges pending from the previous incident. I identified the following subjects during my video review; [redacted], Zainab Hakim, [redacted]

[redacted]

AMPLIFIED SOUND:
The University of Michigan Regental Ordinance Article XV: Noise Control / Non-Vehicular Noise. General Prohibitions - It shall be unlawful for any person to create, assist in creating, permit, continue, or permit the continuance of any unreasonably loud, disturbing, unusual, or unnecessary noise that annoys, disturbs, injures, or endangers the comfort, repose, health, peace, or safety of others on University property. D.C. DeRidder and Lt. Goci advised the protesters of the amplified sound ordinance on all sides of the building. Bullhorns were taken from individuals during the incident. Screenshots of these individuals using the bullhorns after being warned will be attached to this report. No known exemptions were given.

SUSPECTS ACTIONS:
I captured screenshots from available bodycam footage. The screenshots were used to identify the suspects and document their actions. A copy of the screenshot will be added to this report.

[redacted]

Zainab Hakim. Hakim is seen on Officer Popma's bodycam footage being advised by Lt. Goci of the Noise Control Ordinance at 6:23:32 pm on 5/3/2024. Officer Sullens's bodycam footage activated at 6:46:10 pm on 5/3/2024, 28:03 minutes, shows Hakim using the bullhorn. The bullhorn is then taken by Officer Sullens.

[redacted]

[redacted]


Preliminary and Advisory Only
Report Request completed by JE

For Official Use Only
Not for Further Dissemination



**NARRATIVE:**
UM-0160 - Cargill, Thomas
5/9/2024 9:31:46 AM
REPORT
Obstructing Police

INCIDENT DATE AND TIME:
5/3/2024 at 6:00PM

[redacted]

[redacted]

[redacted]

HISTORICAL INFORMATION:
Beginning in October of 2023 the University of Michigan has had repeated protests at which some have escalated into riots and/or disruptions. During these Riots/Protests, protesters will use bull horns as weapons. The protesters turn the volume up very loud and will point the speakers at officers, while standing mere feet away. Numerous officers, including myself have experienced ringing in the ears for numerous days, migraines and in one case loss of hearing for 2 days. Numerous student groups have combined to form the TAHRIR Coalition, which states it is a coalition of 80+ organizations fighting for divestment from Israel and the military-industrial complex and reinvestment in our education and our community. Since the start of these protests, the protesters have continually escalated their tactics. The suspects who are listed in this case are repeatedly the suspects who escalate and assault officers at these protests/riots.
In late April an unlawful encampment of Pro-Palestinian supporters set up on the Michigan DIAG. A student provided a pamphlet being passed out inside the encampment that concerned him. The pamphlet included literature, which was titled, "DE-AREST PRIMER." The literature contained information on how to "de-arrest" a fellow protestor with force from police custody. The literature talks about surrounding police and how to grab the "arrestee" around the torso to get them away from police. This literature also talked about escalating to fighting with the police to help the "arrestee" escape. TAHRIR Coalition posted on X (9:10PM May 3, 2024) "ANN ARBOR WE NEED YOU, DPSS, AAPD, AND STATE POLICE ARE HERE AS WE HAVE SURROUNDED UMMA WITH THE REGENTS INSIDE. PROTESTERS HAVE BEEN TICKETED, ONE ALREADY DEARRESTED." "ALL OUT NOW."

SUMMARY:
On 5/3/2024 the University of Michigan was holding the Spring Commencement Honorary Degree Dinner at the University of Michigan Museum of Art (UMMA). UMMA is located at the North West corner of the DIAG, which is near the Palestinian Encampment. The protesters have been trying to meet with the President of the University, as well as the Regents since the beginning of the encampment, but



Preliminary and Advisory Only
Report Request completed by JE

For Official Use Only
Not for Further Dissemination



have not been given an audience.

Regent Paul Brown was walking with his young daughter to the event across the DIAG, in front of the encampment. Protesters spotted Regent Brown and began to follow and surround Regent Brown while chanting his name. UMPD Police Officers escorted Regent Brown and his daughter to UMMA. The protesters then posted it on social media and requested everyone come to UMMA to demand that Regent Brown speak to them. The Protesters soon surrounded the building and attempted to gain access numerous times, but were prevented each time. The protesters learned that numerous other Regents were inside as well.

The protesters near the eastside of the building (Rear) were standing near the glass and started to pound on the glass. Sgt. Harding instructed the protesters not to bang on the window, which they complied with for a short time. At this time AD Marshall arrived with some barricades and officers started to walk them towards the building. [redacted] stated, "Guys heads up they're trying to bring barricades in here." [redacted] and other protesters then attempt to block the officers from putting up barricades and then pushed back on the barricades when officers tried to back them up. During this time the number of protesters began to grow and more protesters began to push back or refuse to back up while officers were trying to move them back [redacted] The protesters brought drums, sticks with pointed ends and megaphones. Protesters would get right up the face of officers and use the bullhorn at full blast. Deputy Chief DeRidder and Executive Lieutenant Goci warned the protesters to not point the bullhorns towards the officers. The protesters continued to do this right in the officers' faces. At this time DeRidder and other officers began confiscating the bullhorns, if they were used in this manner. DC DeRidder saw [redacted] using the bullhorn in this manor and was warned. He moved a few feet away and continued. At this time, DC DeRidder confiscated the bull horn and detained [redacted]. A short time later [redacted] was also warned and continued, at which time the bullhorn was confiscated. DC DeRidder also saw a protester [redacted] carrying a stick with a pointed end. DC DeRidder detained [redacted] and confiscated the stick. Officers were eventually able to push the protesters back and set up a perimeter.

Near the loading dock officers also set up a perimeter with barricades to keep protesters back. When the Regents were getting ready to leave, officers told protesters to move back, so that the vehicles could leave, which they refused. [redacted], [redacted] Eventually the regents were able to leave and the original perimeter was returned.

As the protest continued, the protesters would move from tthe loading dock to the front (West) of the building. At approximately 2100hrs the decision was to break down the barricades and leave, since the regents and the guests were gone. At this point most of the protesters were in the front (West) side of the building. The officers and the troopers had set up a perimeter with the bikes which was shaped as an arch, with the building to their backs. The protesters surrounded the officers, where there was no lane of exit. Trooper Pendergraff attempted to use his bike to clear a land towards the northside of the arch, however protesters fought back, where Trooper Pendergraff was assaulted by and subsequently arrested [redacted]. Officer Ricco's Bodycam (5/3/2024 9:18:27 PM Ricco, AnthonyWFC1-122841) shows the group at this point surges on the officers, trapping them in a smaller area, where they began pushing and punching troopers. Sergeant Cavanaugh during this time deployed CS/OC spray to clear a lane of exit. After the egress was made, officers and troopers began to back the protesters up, towards the DIAG, where the encampment is located.

[redacted]

[redacted]

For Official Use Only
Not for Further Dissemination

**UM - UNIVERSITY OF MICHIGAN**
**Case Report**

Case No. 2490302337
Report Date/Time: 5/3/2024 5:28:58 PM
Reporting Officer: Kirton Jr. Stanley

**NARRATIVE:**
UM-0453 - Yencer, Jacob
5/13/2024 5:51:58 PM
SUPPLEMENTAL REPORT:

[redacted]

[redacted]

[redacted]:

UMPO NAPIERASLKI BODY CAMERA FOOTAGE 05/03/2024:

At 19:31:48, 3 known subjects can be observed linking arms creating a human barrier. They refuse to step back when ordered. When officers begin to move them, they push back against the officers while shouting "DPSS. KKK, IOF they're all the same." These 3 subjects are [redacted] Zainab Hakim.

[redacted]

[redacted]

[redacted]

[redacted]

For Official Use Only
Not for Further Dissemination

[redacted]

Zainab Hakim using amplified sound on the east side of UMMA.



For Official Use Only
Not for Further Dissemination

04:25 5/3/2024 9:18:27 PMRicco, AnthonyWFC1-122841 Zainab Aliasgar Hakim W/F [redacted] was part of a group surrounding officers demanding they release a protester. Hakim refused to back up when DC Overton instructed her too.


[redacted]


Preliminary and Advisory Only