UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ZAINAB HAKIM, et al.,

Plaintiff,

v.

REGENTS OF THE UNIVERSITY OF MICHIGAN, et al.,

Defendants.
_______________________________/

Case No. 2:25-cv-11265

HONORABLE STEPHEN J. MURPHY, III

**STIPULATED ORDER EXTENDING DEADLINE**

Plaintiff Zainab Hakim intends to file a Reply Brief to the Defendants' Brief in Response to Plaintiff Zainab Hakim's Motion to Voluntarily Dismiss Plaintiff Zainab Hakim Without Prejudice, or in the Alternative, to Stay Proceedings as to Zainab Hakim.

Plaintiffs and Defendants, through their respective counsel, stipulate and agree that the deadline for Plaintiff Zainab Hakim to file her Reply Brief shall be extended by three (3) days to November 5, 2026.

The requested extension will afford Plaintiff Hakim the opportunity to file her Reply Brief after the appropriate deadline of November 2, 2026 due to excusable neglect as is appropriate under the F.R.C.P 6(b)(1)(B).

Based on the foregoing stipulation of the parties, and the Court being otherwise fully advised in the premises:

**IT IS HEREBY ORDERED** that Plaintiff Zainab Hakim shall file her Reply Brief to Defendants' Response Brief to Plaintiff Zainab Hakim's Motion to Dismiss Without Prejudice, Or In the Alternative to Stay Proceedings as to Plaintiff Zainab Hakim by November 5, 2026.

**SO ORDERED.**

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
United States District Judge

Dated: November 6, 2026

APPROVED AS TO FORM AND SUBSTANCE:

SUGAR LAW CENTER FOR
ECONOMIC AND SOCIAL JUSTICE

/s *Liz Jacob*
Liz Jacob (P86981)
John C. Philo (P52721)
Anthony D. Paris (P71525)
4605 Cass Ave.,
2nd Floor
Detroit, MI 48201
313-993-4505
Fax: 313-887-8470
ljacob@sugarlaw.org

*Attorneys for Plaintiff*

MILLER, CANFIELD, PADDOCK AND
STONE, P.L.C.

/s *D. Kyle Bierlein (with consent)*
D. Kyle Bierlein (P78278)
Brian M. Schwartz (P69018)
150 W. Jefferson Ave., Ste. 2500
Detroit, MI 48226
(313) 963-6420
schwartzb@millercanfield.com
bierlein@millercanfield.com

*Attorneys for the Defendants*